# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0819
Lower Tribunal No. 2021-CF-012762-A-O

_____

WILLIAM D. MCCLISH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

November 18, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and GANNAM, JJ., concur.


Blair Allen, Public Defender, and Daniel Muller and Kimberly Nolen Hopkins, Assistant Public Defenders, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Marissa V Giles and Richard Alexander Pallas, Jr., Assistant Attorneys General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED